FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2003 DEC -3  P 3: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br>Plaintiff,<br><br>v.<br><br>5,103 SQUARE FEET OF LAND, LOCATED AT 40-46 HARVARD STREET, SITUATED IN WESTWOOD, MASSACHUSETTS; MORTIMER B. ZUCKERMAN AND EDWARD H. LINDE, TRUSTEES OF THE 40-46 HARVARD STREET TRUST, OWNERS; AND UNKNOWN OTHERS,<br><br>Defendants. | 03 Civ.<br><br>03 12440 DPW |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to United States District Court for the District of Massachusetts Local Rule 7.3, Plaintiff National Railroad Passenger Corporation ("Amtrak") hereby makes the following corporate disclosures:

1. Amtrak has no parent corporations.

2. No publicly-held corporation holds more than 10% of Amtrak's combined preferred and common stock.

3599233v1

NATIONAL RAILROAD PASSENGER
CORPORATION

By its Attorneys,

CHOATE, HALL & STEWART

By: _____
Eric W. Wodlinger (BBO #531960)
Johanna W. Schneider (BBO #643744)
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

Dated: December 3, 2003

3599233v1