UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, <br> Plaintiff, <br><br> v. <br><br> 5,103 SQUARE FEET OF LAND, LOCATED AT 40-46 HARVARD STREET, SITUATED IN WESTWOOD, MASSACHUSETTS; MORTIMER B. ZUCKERMAN AND EDWARD H. LINDE, TRUSTEES OF THE 40-46 HARVARD STREET TRUST, OWNERS; AND UNKNOWN OTHERS, <br><br> Defendants. | 03 Civ. *12 440 · DPW* |

ORDER ON THE NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION
TO MAKE DEPOSIT OF FUNDS IN COURT

Pursuant to Fed. R. Civ. P. 71A, the Court hereby allows the Motion of National Railroad Passenger Corporation ("Amtrak") to Make a Deposit of Funds in Court. Deposit shall be made into an interest-bearing account (the Court Registry Investment System).

It is hereby ORDERED that: (1) Amtrak may deposit $51,000 in an interest-bearing account (the Court Registry Investment System); and (2) such funds shall be disbursed by the Court at a later date in accordance with further rulings and orders.

SO ORDERED

_William P. Woodlock_
United States District Judge

Dated: _December 3, 2003_

3168557_1.DOC