AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

National Railroad Passenger
Corporation

V.

5,103 Square Feet of Land, Located
at 40-46 Harvard Street, Situated
in Westwood, Massachusetts; Mortimer
B. Zuckerman and Edward H. Linde,
Trustees of the 40-46 Harvard Street
Trust, Owners; and Unknown Others

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03 CV 12440 DPW**

TO: (Name and address of Defendant)

Mortimer B. Zuckerman, Trustee of 40-46 Harvard Street Trust
c/o Frederick DeAngelis
Boston Properties
111 Huntington Avenue
Boston, MA  02199-7610

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric W. Wodlinger
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA  02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  12/16/03

I hereby certify and return that today, December 17, 2003, at 12:10 PM, I served a true and attested copy of the within Summons and Notice of Condemnation in this action upon the within named Mortimer B. Zuckerman Trustee of 40-46 Harvard Street Trust, by giving in hand to Monica Marsh Agent in Charge. Said service was effected at: Mortimer B. Zuckerman Trustee of 40-46 Harvard Street Trust, c/o Frederick DeAngelis, Boston Properties, 111 Huntington Avenue, Boston, MA 02199-7610.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on December 17, 2003.

_____
**Francis Davis,** Constable, City of Boston
& Disinterested Person over Age 18.


Service & Travel: $35.00


**Butler and Witten**
Boston, MA
(617) 325-6455