UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JAN 13 A 11: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>5,103 SQUARE FEET OF LAND, LOCATED AT 40-46 HARVARD STREET, SITUATED IN WESTWOOD, MASSACHUSETTS; MORTIMER B. ZUCKERMAN AND EDWARD H. LINDE, TRUSTEES OF THE 40-46 HARVARD STREET TRUST, OWNERS; AND UNKNOWN OTHER,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

03cv12440DPW

### APPEARANCE OF MORTIMER B. ZUKERMAN AND EDWARD H. LINDE, TRUSTEES OF THE 40-46 HARVARD TRUST

Mortimer B. Zuckerman and Edward H. Linde, Trustees of the 40-46 Harvard Street Trust hereby appear as the owners in fee of the Property subject to the taking by the National Railroad Passenger Corporation, as further described in Exhibit A to the Notice of Condemnation.

MCT/133118.1                                1

Respectfully submitted,

Defendants,
**Mortimer B. Zuckerman and Edward H. Linde, Trustees of the 40-46 Harvard Street Trust**
by their attorney,

*/s/ Neal C. Tully*
Neal C. Tully BBO # 504280
Masterman, Culbert & Tully LLP
One Lewis Wharf
Boston, MA 02110
(617) 227-8010

Dated: January 12th, 2004

## CERTIFICATE OF SERVICE

I, Kevin T. Smith, hereby certify that, on this date, I served a copy of the Motion, by first class mail, postage prepaid, to the following counsel of record:

Eric W. Wodlinger, Esquire
**Choate, Hall & Stewart**
Exchange Place
53 State Street
Boston, MA 02109

_____
Neal C. Tully

January 12th, 2004