UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JAN 13 A 11: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

NATIONAL RAILROAD PASSENGER )
CORPORATION, )
    Plaintiff, )
)
v. )
) 03cv 12440 DPW
5,103 SQUARE FEET OF LAND, )
LOCATED AT 40-46 HARVARD )
STREET, SITUATED IN WESTWOOD, )
MASSACHUSETTS; MORTIMER B. )
ZUCKERMAN AND EDWARD H. LINDE, )
TRUSTEES OF THE 40-46 HARVARD )
STREET TRUST, OWNERS; AND )
UNKNOWN OTHER, )
    Defendants. )
)
)

## MORTIMER B. ZUKERMAN AND EDWARD H. LINDE, TRUSTEES OF THE 40-46 HARVARD TRUST, DEMAND FOR TRIAL BY JURY

Mortimer B. Zuckerman and Edward H. Linde, Trustees of the 40-46 Harvard Street Trust hereby demand a trial by jury of the issue of just compensation to be paid on account of the taking of their property or an interest in their property by the National Railroad Passenger Corporation.

MCT/133119.1      1

Respectfully submitted,

Defendants,
**Mortimer B. Zuckerman and Edward H. Linde,
Trustees of the 40-46 Harvard Street Trust**
by their attorney,

*/s/ Neal C. Tully*
Neal C. Tully BBO # 504280
Masterman, Culbert & Tully LLP
One Lewis Wharf
Boston, MA 02110
(617) 227-8010

Dated: January 12, 2004

MCT/133119.1                    2

## CERTIFICATE OF SERVICE

I, Kevin T. Smith, hereby certify that, on this date, I served a copy of the Motion, by first class mail, postage prepaid, to the following counsel of record:

> Eric W. Wodlinger, Esquire
> **Choate, Hall & Stewart**
> Exchange Place
> 53 State Street
> Boston, MA 02109

_/s/ Neal C. Tully_
Neal C. Tully

January 12th, 2004