UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br>Plaintiff,<br><br>v.<br><br>5,103 SQUARE FEET OF LAND, LOCATED AT 40-46 HARVARD STREET, SITUATED IN WESTWOOD, MASSACHUSETTS; MORTIMER B. ZUCKERMAN AND EDWARD H. LINDE, TRUSTEES OF THE 40-46 HARVARD STREET TRUST, OWNERS; AND UNKNOWN OTHERS,<br><br>Defendants. | 03 Civ.12440-DPW |

## NATIONAL RAILROAD PASSENGER CORPORATION'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned certify that an authorized representative of plaintiff National Railroad Passenger Corporation and that party's counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CHOATE HALL & STEWART
Eric W. Wodlinger (BBO #531960)
Johanna W. Schneider (BBO #643744)
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

Dennis M. Moore, Esq.
Senior Associate General Counsel-Litigation
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, DC 20002
(202) 906-2750

Counsel for Plaintiffs

Dated: April 1, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br>Plaintiff,<br><br>v.<br><br>5,103 SQUARE FEET OF LAND, LOCATED AT 40-46 HARVARD STREET, SITUATED IN WESTWOOD, MASSACHUSETTS; MORTIMER B. ZUCKERMAN AND EDWARD H. LINDE, TRUSTEES OF THE 40-46 HARVARD STREET TRUST, OWNERS; AND UNKNOWN OTHERS,<br><br>Defendants. | 03 Civ.12440-DPW |

## NATIONAL RAILROAD PASSENGER CORPORATION'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned certify that an authorized representative of plaintiff National Railroad Passenger Corporation and that party's counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CHOATE HALL & STEWART
Eric W. Wodlinger (BBO #531960)
Johanna W. Schneider (BBO #643744)
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

Counsel for Plaintiffs

Dated: April 1, 2004

Dennis M. Moore, Esq.
Senior Associate General Counsel, Litigation
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, DC 20002
(202) 906-2750

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the within Joint Statement Pursuant to Local Rule 16.1(D) and National Railroad Passenger Corporation's Certification Pursuant to Local Rule 16.1(D)(3) were served on all counsel of record by first class mail on this 2nd day of April, 2004.

*Johanna W. Schneider*
Johanna W. Schneider

3676153v1