UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>                     Plaintiff,<br><br>v.<br><br>5,103 SQUARE FEET OF LAND, LOCATED AT 40-46 HARVARD STREET, SITUATED IN WESTWOOD, MASSACHUSETTS; MORTIMER B. ZUCKERMAN AND EDWARD H. LINDE, TRUSTEES OF THE 40-46 HARVARD STREET TRUST, OWNERS; AND UNKNOWN OTHERS,<br><br>                     Defendants. | 03 Civ. 12440 DPW |

## ORDER FOR IMMEDIATE POSSESSION

Upon review of the pleadings, pursuant to 49 U.S.C. § 24311 (b)(2)(A) and Fed. R. Civ. P. 71A, the Court hereby allows the National Railroad Passenger Corporation's Assented-to Motion for Immediate Possession.

It is ORDERED that the Plaintiff National Railroad Passenger Corporation may take immediate possession of the property described in the Declaration of Taking.

SO ORDERED,

_/s/ [signature]_
United States ~~Magistrate~~ District Judge

Dated: August 2, 2004