UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br>    Plaintiff,<br>v.<br><br>5,103 SQUARE FEET OF LAND, LOCATED AT 40-46 HARVARD STREET, SITUATED IN WESTWOOD, MASSACHUSETTS; MORTIMER B. ZUCKERMAN AND EDWARD H. LINDE, TRUSTEES OF THE 40-46 HARVARD STREET TRUST, OWNERS; AND UNKNOWN OTHER,<br>    Defendants. | 03 Civ. 12440-DPW |

## DEFENDANT'S MOTION TO CONTINUE PRE-TRIAL CONFERENCE

The Defendants, Mortimer B. Zuckerman and Edward H. Linde, Trustees of the 40-46 Harvard Street Trust hereby move to continue the pre-trial conference, currently scheduled for December 20, 2004, to January 20, 2005 at 2:30 p.m., with the pre-trial memorandum being due one week earlier on January 13, 2005. As grounds for this Motion, the Defendants state that the pre-trial conference was recently rescheduled for December 20, 2004, a date on which Defendant's counsel will be out of the country on a long planned family vacation. After a discussion with Plaintiff's counsel, January 20, 2005 is a date that is available for all parties. Plaintiff's counsel has assented to this motion.

Respectfully submitted,
Defendants,
**Mortimer B. Zuckerman and Edward H. Linde,
Trustees of the 40-46 Harvard Street Trust**
by their attorney,

_____
Neal C. Tully BBO # 504280
Masterman, Culbert & Tully LLP
One Lewis Wharf
Boston, MA 02110
(617) 227-8010

Dated: December 3, 2004

MCT/143961.1                                1

## CERTIFICATE OF SERVICE

  I, Neal C. Tully, hereby certify that, on this date, I served a copy of the Motion, by first class mail, postage prepaid, to the following counsel of record:

Eric W. Wodlinger, Esquire
**Choate, Hall & Stewart**
Exchange Place
53 State Street
Boston, MA 02109

                     _____
                     Neal C. Tully

December 3, 2004