UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br>Plaintiff,<br><br>v.<br><br>5,103 SQUARE FEET OF LAND, LOCATED AT 40-46 HARVARD STREET, SITUATED IN WESTWOOD, MASSACHUSETTS; MORTIMER B. ZUCKERMAN AND EDWARD H. LINDE, TRUSTEES OF THE 40-46 HARVARD STREET TRUST, OWNERS; AND UNKNOWN OTHERS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 03 Civ.12440-DPW |

## ASSENTED TO MOTION OF MORTIMER B. ZUCKERMAN AND EDWARD H. LINDE, TRUSTEES, FOR AN ORDER TO DISBURSE FUNDS

Mortimer B. Zuckerman and Edward H. Linde, Trustees of the 40-46 Harvard Street Trust, (the "Trustees") move this Honorable Court for an Order authorizing and directing the Clerk of this Court to disburse to them the principal sum of $51,000, plus any accumulated interest, which principal sums was deposited by the National Railroad Passenger Corporation ("Amtrak") on or about December 3, 2003 as Amtrak's estimate of the just compensation for the interests in the Trustees' property taken by Amtrak.

As grounds for this motion, the Trustees state:

1. On or about December 3, 2003, Amtrak filed a Complaint in Condemnation and Declaration of Taking with respect to an easement for railroad purposes in 5,103 square feet of

MCT/150093.1

land, being part of a parcel known as Plat 37, Lot 16 on the current tax assessor's map for the Town of Westwood.

2. In connection with filing the Complaint and the Declaration of Taking, Amtrak deposited with the Clerk of Court the sum of $51,000 as its estimate of the just compensation due to the owners as a result of the taking and for the use and benefit of the persons and entities thereto.

3. Amtrak's Assented to Motion for Immediate Possession was allowed, and Amtrak has entered into possession of the property described in the Declaration of Taking.

4. Amtrak's title in the easement described in the Declaration of Taking has vested.

5. The Trustees are the owners in fee of the property that was subject to the taking by Amtrak, and they are the only persons or entities entitled to damages as a result of the taking.

6. A proposed form of Order is attached hereto.

Respectfully submitted,

| | |
|---|---|
| MORTIMER B. ZUCKERMAN AND EDWARD H. LINDE, TRUSTEES OF THE 40-46 HARVARD STREET TRUST, | Assented to:<br><br>NATIONAL RAILROAD PASSENGER CORPORATION |
| By their Attorneys, | By its Attorneys, |
| MASTERMAN, CULBERT & TULLY, LLP | CHOATE, HALL & STEWART |
| By: /s/ Neal C. Tully<br>Neal C. Tully (BBO#504280)<br>One Lewis Wharf<br>Boston, MA  02110<br>(617) 227-8010 | By:  /s/ Eric W. Wodlinger<br>Eric W. Wodlinger (BBO #531960)<br>Johanna W. Schneider (BBO #643744)<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>(617) 248-5000 |

Date:  June 3, 2005

MCT/150093.1