UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br>Plaintiff,<br><br>v.<br><br>5,103 SQUARE FEET OF LAND, LOCATED AT 40-46 HARVARD STREET, SITUATED IN WESTWOOD, MASSACHUSETTS; MORTIMER B. ZUCKERMAN AND EDWARD H. LINDE, TRUSTEES OF THE 40-46 HARVARD STREET TRUST, OWNERS; AND UNKNOWN OTHERS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 03 Civ.12440-DPW |

## ORDER FOR DISBURSEMENT OF MONEY DEPOSITED IN COURT

The Clerk of this Court is hereby directed to withdraw from the Registry of this Court and make payment to Mortimer B. Zuckerman and Edward H. Linde, Trustees of the 40-46 Harvard Street Trust, the sum of Fifty-One Thousand ($51,000.00) Dollars received by the Clerk of this Court on or about December 3, 2003 as a deposit by the National Railroad Passenger Corporation in connection with the filing of the Declaration of Taking in this action, together with any accumulated interest thereon.

SO ORDERED,

[signature]
U.S.D.J.

Dated: June 6, 2005

MCT/150095.1