## Exhibit A – Amtrak's Proposed Exhibits

| Exhibit Offered By: | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Description of Exhibit | Offered through Witness: | Date Admitted |
|---|---|---|---|---|---|---|
| | | | | September 30, 1964 Indenture between Trustees of 128 Westwood Industrial Trust and New York, New Haven, and Hartford Railroad Company | | |
| | | | | October 13, 1965 Indenture between Trustees of 128 Westwood Industrial Trust and New York, New Haven, and Hartford Railroad Company | | |
| | | | | December 23, 1965 Grant of Easement from JM Huber Corporation to Trustees of 128 Westwood Industrial Trust | | |
| | | | | Deed from 128 Westwood Industrial Trust to Westwood Investment Trust of Lot 41 as shown on Plan 26294K, dated January 10, 1966. (Sh. 38, Doc. 271794) | | |
| | | | | Land Court Plans 26294A-L and R Town of Westwood Board of Appeals Special Permit Decision and Record of Proceedings Pursuant to G.L. c. 40A, §18, dated June 22, 1966 | | |
| | | | | Town of Westwood Board of Appeals Record of | | |

11

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Proceedings, dated June 28, 1965 | | |
| | | | | | Town of Westwood Board of Appeals notice of Special Permit, dated June 28, 1965 | | |
| | | | | | Final Easement Plan of Land in Westwood, Massachusetts prepared for CSX Transportation, dated June 14, 1999 (revised June 27, 2000) | | |
| | | | | | Complaint in Condemnation (December 3, 2003) | | |
| | | | | | Declaration of Taking (December 3, 2003) | | |
| | | | | | Aerial Photos of Subject Property | | |
| | | | | | Ground Photos of Subject Property and Abutting Sites | | |
| | | | | | Plan of Railroad Tracks and Sidings at Subject Property, prepared by Daylor Consulting Group, Inc., dated June 16, 2005 | | |
| | | | | | Parking Layout Plans, prepared by Daylor Consulting Group, Inc., dated June 16, 2005 | | |
| | | | | | August 9, 2002 email from David Provost to Jim Nicoletti (Clancy Dep. Exhibit 4) | | |
| | | | | | Purchase and Sale Agreement with SSB Realty LLC, dated May 16, 2005 | | |
| | | | | | Town of Westwood 2003 Zoning By-law | | |

|  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|
|  |  |  |  | and Map |  |  |
|  |  |  |  | Town of Westwood 2004 Zoning By-law and Map |  |  |
|  |  |  |  | New England Real Estate Journal Advertisement, March 14-March 20, 2003 |  |  |
|  |  |  |  | November 1, 2003 Proposed Floor Plan for Barry Controls (4 sheets) |  |  |
|  |  |  |  | CBRE Lease Emails, December 21, 2004 & February 11, 2005 (Clancy Dep. Exhibits 11,12) |  |  |
|  |  |  |  | February 25, 2004 Lease Proposal to Instron |  |  |
|  |  |  |  | Boston Properties Asset Summaries, 2003-2005 |  |  |
|  |  |  |  | January 12, 2005 CBRE Memorandum with Handwritten Notes (Clancy Dep. Exhibit 20) |  |  |

13