UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, <br> Plaintiff, <br><br> v. <br><br> 5,103 SQUARE FEET OF LAND, LOCATED AT 40-46 HARVARD STREET, SITUATED IN WESTWOOD, MASSACHUSETTS; MORTIMER B. ZUCKERMAN AND EDWARD H. LINDE, TRUSTEES OF THE 40-46 HARVARD STREET TRUST, OWNERS; AND UNKNOWN OTHERS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 03 Civ.12440-DPW |

## AGREEMENT FOR JUDGMENT

The parties to the above captioned action hereby stipulate and agree that judgment enter for the Defendants, Mortimer B. Zuckerman and Edward H. Linde, Trustees of the 40-46 Harvard Street Trust, in the amount of Seventy-Five Thousand ($75,000.00) Dollars in excess of the amount previously deposited with the Court by the Plaintiff as the Plaintiff's estimate of just compensation. The Defendants hereby waive all costs and pre-judgment interest. The parties further stipulate and agree that no post-judgment interest shall be due if the judgment is satisfied within thirty (30) days of the date of entry of judgment; otherwise, post-judgment interest shall accrue from the date judgment enters to the date the judgment is satisfied. The parties otherwise waive and release all claims and counterclaims that were or could have been asserted in this action arising from the taking described in the Complaint and Declaration of Taking and waive all rights of appeal.

MCT/151527.1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | NATIONAL RAILROAD PASSENGER CORPORATION |
|  | By its Attorneys, |
|  | \_\_/s/ Eric W. Wodlinger_____ <br> Eric W. Wodlinger (BBO #531960) <br> Johanna W. Schneider (BBO #643744) <br> Exchange Place <br> 53 State Street <br> Boston, MA 02109 |
| Dated: July 14, 2005 | (617) 248-5000 |
|  |  |
|  | MORTIMER B. ZUCKERMAN AND EDWARD H. LINDE, TRUSTEES OF THE 40-46 HARVARD STREET TRUST, |
|  | By their Attorneys, |
|  | MASTERMAN, CULBERT & TULLY, LLP |
|  | By:\_\_\_/s/ Neal C. Tully_____ <br> Neal C. Tully (BBO#504280) <br> One Lewis Wharf <br> Boston, MA  02110 <br> (617) 227-8010 |
| Dated: July 14, 2005 |  |