UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br>Plaintiff,<br><br>v.<br><br>5,103 SQUARE FEET OF LAND, LOCATED AT 40-46 HARVARD STREET, SITUATED IN WESTWOOD, MASSACHUSETTS; MORTIMER B. ZUCKERMAN AND EDWARD H. LINDE, TRUSTEES OF THE 40-46 HARVARD STREET TRUST, OWNERS; AND UNKNOWN OTHERS,<br><br>Defendants. | 03 Civ.12440-DPW |

## JUDGMENT

WOODLOCK, District Judge

In accordance with the Agreement for Judgment filed by the parties: JUDGMENT for the Defendants, Mortimer B. Zuckerman and Edward H. Linde, Trustees of the 40-46 Harvard Street Trust, in the amount of Seventy-Five Thousand ($75,000.00) Dollars in excess of the amount previously deposited with the Court by the Plaintiff as the Plaintiff's estimate of just compensation, without costs or pre-judgment interest. No post-judgment interest shall be due if the judgment is satisfied within thirty (30) days of the date of entry of judgment; otherwise, post-judgment interest shall accrue from the date judgment enters to the date the judgment is satisfied. All claims and counterclaims that were or could have been asserted in this action arising from the taking described in the Complaint and Declaration of Taking and all rights of appeal are waived.

DATE: July 15, 2005

DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE